JONATHON P. HAUENSCHILD
U. S. Department of Justice
Civil Rights Division
150 M Street NE, Room 8.1134
Tele.: (202) 215-2110
Jonathon.Hauenschild@usdoj.gov

*Counsel for Plaintiff, United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DIEDRE M. HENDERSON, in her Official Capacity as Lieutenant Governor and Chief Election Officer for the State of Utah<br><br>Defendant(s). | Case Number: 2:26-cv-00166-DBB-DAO<br><br>**NOTICE OF ENTRY OF APPEARANCE** |

Notice is hereby given that Jonathon P. Hauenschild enters his appearance on behalf of Plaintiff, United States of America, in the above captioned matter. Pursuant to FRCP 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served via the electronic filing system, or for authorized paper filers at:

Jonathon P. Hauenschild
U.S. Department of Justice
Civil Rights Division
150 M Street NE, Room 8.1134
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov

Respectfully submitted this 17th day of March 2026

/s/ *Jonathon P. Hauenschild*
Jonathon P. Hauenschild
U. S. Department of Justice
Civil Rights Division
150 M Street NE, Room 8.1134
Tele.: (202) 215-2110
Jonathon.Hauenschild@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsels of record.


*/s/ Jonathon P. Hauenschild*
Jonathon P. Hauenschild