# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEIDRE M. HENDERSON, in her official capacity as Lieutenant Governor and chief election officer for the State of Utah,<br><br>Defendant. | **ORDER ON MOTION FOR LEAVE TO FILE AMICUS BRIEF**<br><br>Case No. 2:26-cv-166-DBB-DAO<br><br>Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is the Democratic National Committee's Motion for Leave to File an Amicus Brief, ECF No. _____.  Upon consideration of the Motion and any response thereto, the Court finds good cause for leave to participate in this litigation as amicus curiae.

**IT IS HEREBY ORDERED** that the motion is Granted.  Pursuant to DUCivR 7-6(b)(4), the Democratic National Committee shall file the proposed amicus brief with the Court within three days of this Order.

DATED this _____ day of _____, 2026.

BY THE COURT:

_____
Hon. David Barlow
United States District Judge