# EXHIBIT 6

**Declaration of Katharine Biele**
**President of the League of Women Voters of Utah**

Pursuant to 28 U.S.C. § 1746, I, Katharine Biele, hereby declare as follows:

1. I have personal knowledge of the matters set forth in this declaration, and if called as a witness in court, I would testify truthfully and competently to the facts stated herein.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I am a resident of and registered voter in Salt Lake County, Utah.

4. From June 2022 to present, I have served as President of the League of Women Voters of Utah ("LWV-UT"), a 501(c)(3) organization and a Utah nonprofit corporation.

5. The LWV-UT is a non-partisan organization that promotes the informed and active participation of Utahns in government through study and action. The LWV-UT works to secure a stable democracy where citizens' voting rights are protected and defended, and every person has the desire, knowledge, opportunity, liberty, and confidence to participate in the democratic process.

6. The LWV-UT is a state affiliate of the national League of Women Voters, and organization founded in 1920 out of the struggle for women's right to vote. Founded in 1923, LWV-UT is headquartered in Salt Lake City and has local Leagues in Cache, Davis, Grand, Salt Lake, Utah, Washington, and Weber counties. LWV-UT has 792 members throughout the State of Utah.

7. The LWV-UT carries out its mission by conducting voter registration, education, and get-out-the-vote efforts. LWV-UT conducts voter-registration drives, staffs non-partisan voter registration tables at naturalization ceremonies, and utilizes tabling, nonpartisan canvassing, advertising, mailings and text banking, to encourage more Utahns to register to vote and exercise their right to vote.

8. The LWV-UT also educates its members about legislation that impacts voting rights through its Legislative Action Corps. LWV-UT hosts weekly meetings during Utah's general legislative session that inform members about relevant bills, how to access legislative materials, and how to get involved with the legislative process.

9. LWV-UT members include Utah voters whose personal data would be provided to the federal government if the United States gets the sensitive data it seeks through this litigation. LWV-UT is concerned that its members may be improperly deemed ineligible to vote, particularly if they are naturalized citizens, voters with prior felony convictions, or voters who have recently changed their address.

10. Our work to educate, assist, and empower voters is significantly impaired when voters are fearful about exercising their rights. We have heard from people who are already very concerned about their privacy and express hesitation about disclosing personal information such as Social Security numbers. The federal government's efforts to obtain sensitive voter data at issue in this case will not only harm our members but will also impact LWV-UT's ability to carry out its mission because it will be more difficult to convince individuals to register to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2026

_____

Katharine Biele
*In her official capacity as President of the League of Women Voters of Utah*