# Exhibit 6

| From: | Ryan Cowley |
|---|---|
| To: | Neff, Eric (CRT) |
| Cc: | deidrehenderson@utah.gov |
| Subject: | [EXTERNAL] Re: Full Voter Roll List with MOU |
| Date: | Tuesday, December 9, 2025 1:11:24 PM |
| Attachments: | image001.png |

Mr. Neff,

This note is in response to your email dated December 2nd, and your phone message of December 8th.

We have received your requests and the proposed MOU. We are reviewing the matter and intend to fully address your requests. But, given the scope and complexity of the matter, the overlapping state and federal privacy concerns, the conflicting statutory requirements, and to ensure we provide you with a thorough and well-considered response, we will need additional time.

I note that we share the concerns of multiple Republican Secretaries of State regarding the DoJ's nationwide demand for private voter records. It is our understanding that the GOP Secretaries have set a meeting in the next few weeks to discuss these concerns. We welcome the discussion amongst the affected states and will respond to your new request once we have had the opportunity to address these common issues.

In the meantime, please review our July 31st email, which outlines the Utah statistics for voter registration removals, merged records, and returned confirmation cards. Additionally, our website posts the certification by county clerks acknowledging their compliance with voter list maintenance requirements and ongoing execution of the State's voter list maintenance program. This includes:

- Processing registration forms within 7 days of receipt (including DMV registrations)

- Verifying the identity of voters (each time a registration is processed or updated)

- Duplicate voter checks and removals (at least monthly)

- Removal of deceased voters (within 5 business days of receiving notice)

- Information cards to recently registered or updated registrations

- Confirmation cards to those who have potentially moved or have not recently voted

These requirements and certifications include NCOA processing at least 90 days before each election and together with Utah's active use of the USCIS SAVE program demonstrate Utah's robust voter list maintenance efforts and compliance with list maintenance requirements under

NVRA and Utah Election Code.

Thank you.

 **Ryan Cowley** | Director of Elections
OFFICE OF LIEUTENANT GOVERNOR
DEIDRE M. HENDERSON
LTGOVERNOR.UTAH.GOV
801-538-1041

On Tue, Dec 2, 2025 at 8:37 AM Neff, Eric (CRT) <Eric.Neff@usdoj.gov> wrote:

Dear Mr. Crowley,

I am the new point of contact for Voter Roll Maintenance communication. Please see the attached proposed MOU from the Department of Justice. This MOU in our opinion satisfies all reasonable concerns regarding privacy and data security, which you raised in your August 29 letter (attached). This MOU includes a request for compliance within 7 days of receipt of this communication. Compliance requires providing all records requested in previous communications with your Department, most notably our August 14 letter (attached).

Please do not hesitate to contact me with any questions or concerns.

Best,

Eric

**Eric Neff**

Trial Attorney

Civil Rights Division

Department of Justice

150 M St. NE, Ste. 8-139

Washington, DC 20002

Eric.Neff@usdoj.gov

Cell: 202-532-3628