IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEIDRE M. HENDERSON, in her official capacity as Lieutenant Governor and chief election officer for the State of Utah,<br><br>Defendant. | No.: 2:26-cv-00166-DBB-DAO<br><br>Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

**JOINT MOTION FOR ORDER ON CONSOLIDATED BRIEFING SCHEDULE**

In order to expedite a resolution of this matter and minimize redundant and overlapping pleadings, the United States, Defendant, Intervenors, and Proposed Intervenor (collectively, the Parties), respectfully submit the attached Proposed Order setting forth a consolidated briefing schedule. The Parties have conferred about this schedule and agree it will facilitate an orderly written argument on the Defendant's, Intervenors', and Proposed Intervenor's Motions to Dismiss, and the United States's Motion to Compel.  Accordingly, the Parties respectfully request that the Court enter the attached Order.

DATED: April 6, 2026

TIFFANY ROMNEY
Assistant United States Attorney
District of Utah

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ Joseph W. Voiland
JOSEPH W. VOILAND
JONATHAN HAUENSCHILD
Department of Justice
Civil Rights Division
4 Constitution Square
Washington, D.C. 20002
Joseph.Voiland@usdoj.gov
Jonathan.Hauenschild@usdoj.gov

*Attorneys for the United States*

**CONSENTED TO BY:**

*Counsel for* Defendant Diedre M. Henderson

*Counsel for* Intervenors National Association for the Advancement of Colored People

*Counsel for* Movant League of Women Voters of Utah