IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DEIDRE M. HENDERSON, in her official capacity as Lieutenant Governor and chief election officer for the State of Utah, Defendant. | | No.: 2:26-cv-00166-DBB-DAO Judge David Barlow Magistrate Judge Daphne A. Oberg |

**PROPOSED ORDER**

WHEREAS the United States has filed a Complaint [Dkt. 1] and a Motion to Compel [Dkt. 36]; Defendant Lieutenant Governor Deidre M. Henderson has filed a Motion to Dismiss the Complaint [Dkt. 18]; Intervenor Defendant National Association for the Advancement of Colored People has filed a Motion to Dismiss [Dkt. 34]; Proposed Intervenor League of Women Voters of Utah has tendered a Motion to Dismiss the Complaint [Dkt. 26-1];

WHEREAS the Parties and Proposed Intervenor have conferred and agree that consolidation of the briefing deadlines on pending and future Motions in this matter will facilitate argument on and resolution of such Motions, and have proposed a schedule for such consolidated briefing;

WHEREAS the Court has reviewed the consolidated briefing schedule and is otherwise sufficiently advised; it is HEREBY ORDERED:

1. All Motions to Dismiss shall be filed by no later than April 22, 2026.

2. The United States shall file a consolidated response to all Motions to Dismiss no later than May 20, 2026. The United States's consolidated response may not exceed 40 pages without further leave of Court.

3. Any Defendant and any Intervenor shall file any combined Response to the Motion to Compel and Reply to their respective Motion to Dismiss no later than June 3, 2026. Each combined Response-Reply may not exceed 40 pages without further leave of Court.