UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEIDRE M. HENDERSON, in her official capacity as Lieutenant Governor and chief election officer for the State of Utah,<br><br>    Defendants. | **ORDER GRANTING JOINT MOTION FOR ORDER ON CONSOLIDATED BRIEFING SCHEDULE**<br><br>Case No. 2:26-cv-00166-DBB-DAO<br><br>District Judge David Barlow |

Based on the Parties' stipulated motion and with good cause appearing, the court GRANTS the motion[1] and ORDERS the following consolidated briefing schedule:

1. All Motions to Dismiss shall be filed by no later than April 22, 2026.

2. The United States shall file a consolidated response to all Motions to Dismiss no later than May 20, 2026. The United States's consolidated response may not exceed 40 pages without further leave of Court.

3. Any Defendant and any Intervenor shall file any combined Response to the Motion to Compel and Reply to their respective Motion to Dismiss no later than June 3, 2026. Each combined Response-Reply may not exceed 40 pages without further leave of Court.

---

[1] ECF No. 42.

Signed April 7, 2026.

BY THE COURT:

David Barlow
United States District Court Judge