George Carlo L. Clark, Trail Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
150 M St. NE, 8th Floor
Washington, D.C. 20002
Telephone: (202) 316-7531 E-mail: George.clark@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEIDRE M. HENDERSON, <br><br> Defendant. | Case No. 2:26-cv-166 <br><br> **NOTICE OF APPEARANCE OF COUNSEL** <br><br> District Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

Notice is hereby given of the entry of appearance of George Carlo L. Clark, Trail Attorney in the Civil Rights Division, Voting Section of the U.S. Department of Justice, as counsel for the United States of America in the above-entitled action.

RESPECFULLY SUBMITTED on this 15th of May 2026.

Trial Attorney

*/s/ George Clark*

GEORGE CARLO L. CLARK

Trail Attorney

1