# Exhibit 20



*Voting Section – 4CON*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

October 26, 2021


***VIA E-MAIL to kpachuta@jarrard-davis.com***

Karen Pachuta, Esq.
Jarrard & Davis, LLP
222 Webb Street
Cumming, Georgia 30040


   **RE: DOJ information request to Newton County, GA**


Dear Karen,

Thank you for providing the information from Newton County regarding ballot drop boxes.

I write in response to your request for an explanation of the Department's statutory authority to obtain the information we have requested regarding provisional ballots. The requests in my original email were all made pursuant to the Department of Justice's authority to enforce the Voting Rights Act, 52 U.S.C. § 10308(d). Additionally, the provisional ballot records relating to the 2020 and 2021 elections are covered by the Civil Rights Act, 52 U.S.C. § 20701. We now request those records, as described again below, also pursuant to 52 U.S.C. § 20703, to aid in the Department's enforcement of the civil provisions of federal statutes that protect the right to vote, including Section 2 of the Voting Rights Act, 52 U.S.C. § 10301. Any records provided pursuant to 52 U.S.C. § 20703 are subject to the disclosure limitations in 52 U.S.C. § 20704.

We request the following records related to the November 2020 and January 2021 elections:

- A list of all voters who cast provisional ballots in Newton County in the November 3, 2020 general election and January 5, 2021 federal runoff election. For each voter who cast a provisional ballot, please include (1) the voter's name and voter registration number; (2) the reason the provisional ballot was issued; (3) the precinct in which the provisional ballot was issued; and (4) whether the provisional ballot was counted fully or partially, and the reason. If this information is maintained in an Excel file or a similar useable electronic format (e.g., .dbf, .csv, or a delimited-text file format), please provide it in that format (and specify what delimiter is used, if applicable). If any of these categories of information is not in your records, please indicate that in your response.

1

Please provide any files as attachment to emails (rather than providing a link for downloading files from a website).

Please call me if you have any questions.  I can be reached at 202-598-5262.


Sincerely,

M. Eileen O'Connor
Trial Attorney
Voting Section