HARMEET K. DHILLON, Assistant Attorney General
JESUS A. OSETE, Principal Deputy Assistant Attorney General
ERIC V. NEFF, Acting Chief, Voting Section
United States Department of Justice, Civil Rights Division

JOSEPH W. VOILAND
ANELISE K. POWERS
GEORGE L. CLARK
JONATHAN P. HAUENSCHILD
Civil Rights Division, Voting Section
150 M St. NE, 8th Floor
Washington, D.C. 20002
Joseph.Voiland@usdoj.gov
Telephone: 202.353.5318

TIFFANY ROMNEY, Assistant United States Attorney (6131)
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone: 801.524.5682
tiffanyromney@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEIDRE M. HENDERSON, in her official capacity as Lieutenant Governor and chief election officer for the State of Utah, <br><br> Defendant. | **MOTION FOR LEAVE FOR UNITED STATES TO FILE SURREPLY** <br><br> No.: 2:26-cv-00166-DBB-DAO <br><br> Judge David Barlow <br> Magistrate Judge Daphne A. Oberg |

Plaintiff, the United States, moves for leave to file the attached Surreply.

1

On June 3, 2026, both Secretary Henderson and the Defendant-Intervenors filed their various combined replies and responses on the pending Motion to Dismiss and Motion to Compel. This reflected the Court's consolidated briefing schedule. All three however relied on new authority, *United States v. Bellows*, No. 1:25-cv-00468, 2026 WL 1430481 (D. Me. May 21, 2026) and *United States v. Wis. Elections Comm'n,* No. 25-cv-1036, 2026 WL 1430354 (W.D. Wis. May 21, 2026), issued on May 21, 2026, the day after Plaintiff filed its consolidated response. The United States thus has not had the opportunity to address these new authorities.

The United States accordingly requests leave from the Court to submit a five-page surreply to address the new authority. The surreply is attached as an exhibit herein. Counsel for the United States conferred with opposing counsel, and Secretary Henderson and Intervenor-Defendants take no position on the proposed motion.

A proposed order accompanies this motion.

DATED: June 10, 2026                    Respectfully submitted,

TIFFANY ROMNEY                          HARMEET K. DHILLON
Assistant United States Attorney        Assistant Attorney General
District of Utah                        JESUS A. OSETE
                                        Acting Deputy Assistant Attorney General
                                        ERIC V. NEFF
                                        Acting Chief, Voting Section
                                        Civil Rights Division

                                        /s/ Joseph W. Voiland
                                        JOSEPH W. VOILAND
                                        ANELISE K. POWERS
                                        GEORGE L. CLARK
                                        JONATHAN HAUENSCHILD
                                        Department of Justice, Civil Rights Division

                                        Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEIDRE M. HENDERSON, in her official capacity as Lieutenant Governor and chief election officer for the State of Utah,<br><br>Defendant. | **PROPOSED ORDER GRANTING MOTION FOR LEAVE FOR UNITED STATES TO FILE SURREPLY**<br><br>No.: 2:26-cv-00166-DBB-DAO<br><br>Judge David Barlow<br>Magistrate Judge Daphne A. Oberg |

Upon motion of the United States, there being no opposition from Defendants, and good cause appearing,

IT IS HEREBY ORDERED that the United States has leave to submit a Surreply in connection with Defendant-Intervenors' Combined Reply in Support of Motion to Dismiss and Opposition to Plaintiff's Motion to Compel.

DATED this ___ day of June, 2026.

_____
DAVID B. BARLOW
United States District Judge