HARMEET K. DHILLON, Assistant Attorney General
ERIC SELL, Deputy Assistant Attorney General
ERIC V. NEFF, Acting Chief, Voting Section
United States Department of Justice, Civil Rights Division

JOSEPH W. VOILAND
ANELISE K. POWERS
JONATHON P. HAUENSCHILD
Civil Rights Division, Voting Section
150 M St. NE
Washington, D.C. 20002
Joseph.Voiland@usdoj.gov
Telephone: 202.353.5318

TIFFANY ROMNEY, Assistant United States Attorney (6131)
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone: 801.524.5682
tiffanyromney@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEIDRE M. HENDERSON, in her official capacity as Lieutenant Governor and chief election officer for the State of Utah,<br><br>Defendant. | **UNITED STATES' RESPONSE TO NAACP INTERVENORS' NOTICE OF SUPPLEMENTAL AUTHORITY (DKT 62)**<br><br>No.: 2:26-cv-00166-DBB-DAO<br><br>Judge David Barlow<br>Magistrate Judge Daphne A. Oberg |

On August 5, 2026, Intervenors noticed supplemental authority of district court decisions in *United States v. Griswold*, 2026 WL 2235374, *4-5 (D. Colo. Aug. 3, 2026); *United States v. Matthews*, 2026 WL 2212877, at *3-4 (C.D. Ill. July 31, 2026); *United States v. Caldwell*, 2026 WL 2186515, *7-8 (D.N.J. July 29, 2026); *United States v. Adams*, 2026 WL 2123871, at *4-5

(E.D. Ky. July 23, 2026); and *United States v. Thomas*, 2026 WL 2070437, at *5-6 (D. Conn. July 17, 2026) ruling that an SVRL is not a "record" for purposes of Title III of the Civil Rights Act of 1960, 52 U.S.C. § 20701 *et seq.* For the same reasons set forth in the Response of the United States on July 15, 2026 [Dkt. 61], this Court should not adopt the reasoning of those district courts.

DATED: August 12, 2026                    Respectfully submitted,

TIFFANY ROMNEY                            HARMEET K. DHILLON
Assistant United States Attorney          Assistant Attorney General
District of Utah                          ERIC SELL
                                          Deputy Assistant Attorney General
                                          ERIC V. NEFF
                                          Acting Chief, Voting Section
                                          Civil Rights Division

                                          /s/ Joseph W. Voiland
                                          JOSEPH W. VOILAND
                                          ANELISE K. POWERS
                                          JONATHON HAUENSCHILD
                                          Department of Justice, Civil Rights Division

                                          Attorneys for the United States