David P. Billings (11510)
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111
Telephone: (801) 323-2205
dbillings@fabianvancott.com

David R. Fox*
Christopher D. Dodge*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Telephone: (202) 948-1135
dfox@elias.law
cdodge@elias.law

Walker McKusick*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (202) 948-1135
wmckusick@elias.law

*Counsel for NAACP Intervenors*

* *Admitted Pro Hac Vice*

---

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEIDRE M. HENDERSON, in her official capacity as Lieutenant Governor and chief election officer for the State of Utah,<br><br>Defendant. | **NAACP INTERVENORS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Case No. 2:26-cv-0166-DBB-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to DUCivR 7-1(c), NAACP Intervenors respectfully provide the Court notice of supplemental authority supporting their pending motion to dismiss (ECF No. 34) and opposition to DOJ's motion to compel (ECF No. 51). Since the parties last filed notices of supplemental authority, four additional courts have dismissed parallel suits filed by DOJ against other states, holding that Title III of the Civil Rights Act does not cover statewide voter registration lists. *See* *United States v. Evans*, No. 1:25-CV-4403, 2026 WL 2267774, at *11 (D.D.C. Aug. 6, 2026), *appeal docketed*, No. 26-5296 (D.C. Cir. Aug. 19, 2026); *United States v. Aguilar*, No. 3:25-CV-728, 2026 WL 2364502, at *5 (D. Nev. Aug. 14, 2026), *appeal docketed*, No. 26-5375 (9th Cir. Aug. 20, 2026); *United States v. Simon*, No. 25-CV-3761, 2026 WL 2389778, at *11 (D. Minn. Aug. 17, 2026), *appeal docketed*, No. 26-2679 (8th Cir. Aug. 21, 2026); Order at 7–10, *United States v. Hanzas*, No. 2:25-CV-00903 (D. Vt. Sep. 17, 2026), ECF No. 93 (**Exhibit A**); *see also* ECF No. 51 at 15–20 (arguing for dismissal of this case on that same basis).

With these decisions, 24 district courts have now dismissed cases like this one; not one court has allowed a similar case to proceed.

Dated: September 17, 2026

Respectfully submitted,
*/s/ David P. Billings*
David P. Billings
**FABIAN VANCOTT**

David R. Fox*
Christopher D. Dodge*
Walker McKusick*
**ELIAS LAW GROUP LLP**
** Admitted Pro Hac Vice*
*Counsel for NAACP Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September 2026, the foregoing document has been filed electronically through the District of Utah ECF system, which effectuated service of such filing upon all counsel who have entered an appearance.

*/s/ David P. Billings*
David P. Billings
**FABIAN VANCOTT**
*Counsel for NAACP Intervenors*