UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIEDRE M. HENDERSON, in her official capacity as Lieutenant Governor and chief election officer for the State of Utah,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:26-cv-00166-DBB-DAO<br><br>District Judge David Barlow |

IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close this case.

Signed October 23, 2026.

BY THE COURT

David Barlow
United States District Judge